IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:08CV30-01-MU

| | |
|---|---|
| DONNIE L. GRIFFIN, | ) |
| Plaintiff, | ) |
| v. | ) **O R D E R** |
| COUNTY OF MACON, et al., | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court upon the Plaintiff's Motion to Dismiss (Doc. No. 10.), filed February 5, 2009.

Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 on October 16, 2008. On December 12, 2008, defendant Sutton filed an Answer. On January 13, 2009, Defendants County of Macon, Sheriff's Department of Macon, and Robert Holland, filed an Answer. Plaintiff has now requested a voluntary dismissal without prejudice. In light of Plaintiff's motion and upon a review of the case file, the Court will dismiss Plaintiff's Complaint without prejudice.

**THEREFORE, IT IS HEREBY ORDERED that** Plaintiff's Motion to Dismiss is **GRANTED** and Plaintiff's Complaint is **DISMISSED without prejudice**.

Signed: February 6, 2009

Graham C. Mullen
United States District Judge